# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**JAMAR GREEN,**

    **Plaintiff,**

**v.**                                                 **Case No: 5:22-cv-677-WFJ-PRL**

**SHANNON D. WITHERS,**

    **Defendant.**

_____

## ORDER

Plaintiff initiated this action on December 22, 2022, by filing a *pro se* "Request for Writ of Mandamus." (Doc. 1). By Order dated May 8, 2023, Plaintiff was directed to either file a fully completed Application to Proceed In Forma Pauperis, Prisoner Consent Form, and Financial Certificate or pay the filing fee. (Doc. 5). Plaintiff was warned that the failure to comply within thirty days would result in dismissal without further notice. *Id.* As of the date of this Order, Plaintiff failed to pay the filing fee or return the required documents, nor has he requested additional extension of time in which to do so.

ACCORDINGLY, it is hereby

**ORDERED**:

    1. This case is **DISMISSED** without prejudice for failure to prosecute.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on June 13, 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party